

FILED
CLERK, U.S. DISTRICT COURT
DEC 1 2 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO IVAN CONTRERAS,<br><br>Defendant. | Case No. 2:25-CR-00492-FLA<br><br>**ORDER OF DETENTION**<br><br>[18 U.S.C. §§ 3148(b), 3143(a)] |

On December 12, 2025, Defendant Sergio Ivan Contreras made his initial appearance following his arrest on a bench warrant issued on October 8, 2025. A detention hearing was held on December 12, 2025.

The Court has reviewed the files and records in this matter, including the report prepared by the U.S. Pretrial Services Agency on December 12, 2025, and its recommendation of detention.

The Court has considered the allegations of Defendant's noncompliance with the conditions set for pretrial release (failure to report to residential treatment as directed, cutting off location monitoring bracelet and absconding, arrest by Oxnard Police Department after receipt of a 911 call

from a resident who identified Defendant as an uninvited guest in their residence.

The Court finds, pursuant to 18 U.S.C.§ 3148(b), as follows: Clear and convincing evidence that Defendant has violated the conditions of his release. See Petition for action on conditions of pretrial release.

Having considered the factors set forth in 18 U.S.C. §3142(g), the court finds that there is no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

The Court finds that there is now a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT THEREFORE IS ORDERED that defendant is remanded to the custody of the United States Marshal pending further proceedings to be scheduled before District Judge Fernando L. Aenlle-Rocha.

Dated: 12/12/2025

*Patricia Donahue*
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE